Law Office of Richard A. Altman                Tel. and Fax 212.633.0123
285 West Fourth Street                              altmanlaw@earthlink.net
New York, New York 10014                              artesq@earthlink.net

October 7, 2014

BY ECF
United States Court of Appeals
for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Centre Street
New York, New York 10007

    Re: *In re Peter Paul Biro, Petitioner*, Case No. 14-3537

To the Honorable Court:

    This office represents the petitioner Peter Paul Biro. On September 23, 2014, I filed a petition on his behalf in this Court, requesting a writ of mandamus directing the District Court to decide four motions which were then *sub judice*. On September 30, the District Court issued an opinion and order which dismissed all of the remaining claims in the action, and the Clerk entered a final judgment the same day (copies of both are annexed to this letter). On October 3, I filed in the District Court a notice of appeal to this Court from that judgment. It would thus appear that the mandamus petition has become moot.

    I appreciate the Court's attention.

                                          Respectfully,

                                          Richard A. Altman