S.D.N.Y.–N.Y.C.
11-cv-4442
Oetken, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of October, two thousand fourteen.

Present:
      John M. Walker, Jr.,
      José A. Cabranes,
      Raymond J. Lohier, Jr.,
        *Circuit Judges*.

*In re* Peter Paul Biro,                          14-3537

                *Petitioner*.

Petitioner has filed a petition for a writ of mandamus. Upon due consideration, it is hereby ORDERED that the petition is DENIED as moot because the district court has ruled on the motions which were the subject of the petition.

                                  FOR THE COURT:
                                  Catherine O'Hagan Wolfe, Clerk



SAO-MJM